**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SEMK PRODUCTS LIMITED, | ) | |
| | ) | Case No. 22-cv-6686 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Sharon Johnson Coleman |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 169, 182

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff SEMK Products Limited hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 169 | QISIWOLE |
| 182 | Ziloco |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 06, 2023          By:      s/Michael A. Hierl\
Michael A. Hierl (Bar No. 3128021)\
William B. Kalbac (Bar No. 6301771)\
Robert P. McMurray (Bar No. 6324332)\
Hughes Socol Piers Resnick & Dym, Ltd.\
Three First National Plaza\
70 W. Madison Street, Suite 4000\
Chicago, Illinois 60602\
(312) 580-0100 Telephone\
mhierl@hsplegal.com

Attorneys for Plaintiff\
SEMK Products Limited

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 06, 2023.

_s/Michael A. Hierl_____