IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEMK PRODUCTS LIMITED, | ) |
| | ) Case No. 22-cv-6686 |
| | ) |
| Plaintiffs, | ) |
| | ) Judge Sharon Johnson Coleman |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff SEMK Products Limited hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 66 | Fuzhou Yafeng Industry And Trade Co., Ltd. |
| 75 | Guangzhou Wowo Pet Products Co., Ltd. |
| 81 | Hangzhou Xiaoshan Duoqi Toy Store |
| 84 | Hebei Runpang Trading Co., Ltd. |
| 86 | Huzhou Zhili Jingcheng Apparel Co., Ltd. |
| 88 | Jinhua Pulatu Trading Co., Ltd. |
| 89 | Jinjiang City Chuang Qi Textile Technology Co., Ltd. |
| 95 | Ninghai Dougez Pet Product Co., Ltd. |
| 106 | Shanghai Jingzhi Apparel Co., Ltd. |
| 112 | Shantou Porong Technology Co., Ltd. |
| 136 | Yiwu Jiayan Commodity Co., Ltd. |
| 137 | Yiwu Jinghao Daily Necessities Co., Ltd. |
| 139 | YIWU KAICI ELECTRIC COMMERCE FIRM |
| 140 | Yiwu Qetesh Trade Group Co., Ltd. |
| 143 | Yiwu Xiaozhi Pet Product Co., Ltd. |
| 145 | Zhejiang Daily Rise Import & Export Co., Ltd. |
| 147 | Zhejiang Jungu Packing Technology Co., Ltd. |
| 150 | Zhongshan ZT Printing Co., Ltd. |
| 154 | Cribun |
| 158 | EQWLJWE |
| 159 | FUZHEN KAI |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 17, 2023   By:   s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
SEMK Products Limited

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 17, 2023.

                                                                                   s/Michael A. Hierl