## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

SEMK Products Limited

Plaintiff,

v.

Case No.:
1:22−cv−06686

Honorable Sharon
Johnson Coleman

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2023:

MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice and with each party to bear its own attorney's fees and costs as to defendants Fuzhou Yafeng Industry And Trade Co., Ltd., Guangzhou Wowo Pet Products Co., Ltd., Hangzhou Xiaoshan Duoqi Toy Store, Hebei Runpang Trading Co., Ltd., Huzhou Zhili Jingcheng Apparel Co., Ltd., Jinhua Pulatu Trading Co., Ltd., Jinjiang City Chuang Qi Textile Technology Co., Ltd., Ninghai Dougez Pet Product Co., Ltd., Shanghai Jingzhi Apparel Co., Ltd., Shantou Porong Technology Co., Ltd., Yiwu Jiayan Commodity Co., Ltd., Yiwu Jinghao Daily Necessities Co., Ltd., YIWU KAICI ELECTRIC COMMERCE FIRM, Yiwu Qetesh Trade Group Co., Ltd., Yiwu Xiaozhi Pet Product Co., Ltd., Zhejiang Daily Rise Import & Export Co., Ltd., Zhejiang Jungu Packing Technology Co., Ltd., Zhongshan ZT Printing Co., Ltd., Cribun, EQWLJWE, and FUZHEN KAI only. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.